BENJAMIN B. WAGNER
United States Attorney
SHERRY D. HARTEL HAUS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

FEB 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>**7400 Meadowgate Drive, Sacramento, California: the person of Manuel Ruiz; the person of Kathryn Ruiz; one 2006 Hummer (Calif. Lic. 5PMC246); and one 2007 Mercedes (Calif. Lic. 7275XDP)** | CASE NO. 2:13-SW-0008 AC<br><br>[~~PROPOSED~~] ORDER UNSEALING SEARCH WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

The government's request to unseal the Search Warrant, Application and Affidavit for Search Warrant in this case is GRANTED.

Dated: 2/18/15

_____
HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE